832

No. 341.   DANIELS ET AL. *v.* FLORIDA POWER & LIGHT Co.   C. A. 5th Cir.   Certiorari denied.   *Jacob Rassner* for petitioners.   *Samuel J. Powers, Jr.* for respondent.

No. 355.   ADAY ET AL. *v.* U. S. DISTRICT COURT ET AL. C. A. 6th Cir.   Certiorari denied.   *Stanley Fleishman* and *Sam Rosenwein* for petitioners.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Marshall Tamor Golding* for respondents.

No. 90.   CUNNINGHAM, PENITENTIARY SUPERINTENDENT, *v.* JONES.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.   *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for petitioner.   Respondent *pro se.*

No. 117.   ANDERSON ET AL. *v.* PANAMA CANAL Co.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *William S. Tyson* for petitioners.   *David J. Markun* for respondent.

No. 164.   INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL–CIO, ET AL. *v.* DAVIS, TRUSTEE IN BANKRUPTCY, ET AL.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Harold A. Cranefield* for petitioners.   *Joseph S. Radom* for respondents.